```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
VIRLIUS CORNELIUS,                                           :
                                                             :
                              Plaintiff,                     :
                                                             :                19-cv-3196 (VSB)
              -against-                                      :
                                                             :                    ORDER
NATIONAL RAILROAD PASSENGER                                  :
CORPORATION,                                                 :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the representations made at the January 14, 2021 status conference held in the above-captioned case, (Doc. 40), it is hereby:

ORDERED that the parties shall submit a joint letter on or before January 22, 2021 proposing potential trial dates for between April 1 and June 30, 2021.  In the letter, the parties should indicate how many days they anticipate needing for trial.

SO ORDERED.

Dated: January 14, 2021
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge