February 17, 2021

**Via ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/18/2021

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Virlius Cornelius v. National Railroad Passenger Corporation*
C.A. No. 1:19-CV-03196 (VSB)

Dear Judge Broderick:

We represent the plaintiff in the above-entitled matter. The plaintiff writes to request a four day extension of the PTO deadline from February 22, 2021 [Doc. 45] to February 26, 2021. The defendant Amtrak consents to the instant request.

The parties do not seek to extend the March 19, 2021 opposition deadline. This extension will not affect the current trial date of April 5, 2021.

The plaintiff respectfully requests a four day extension because preparation of the PTO and accompanying Motions has taken longer than plaintiff's counsel anticipated.

This is the first application to extend the PTO deadline.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *George J. Cahill Jr.*

George J. Cahill Jr.

cc: Jennifer Ashley Cohen, Esq. (via ECF)