UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
VIRLIUS CORNELIUS, :
:
                             Plaintiff, :
:
       -against- :
:
NATIONAL RAILROAD PASSENGER :
CORPORATION, :
:
                           Defendant. :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2021

19-cv-3196 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       This case is currently scheduled for trial on April 5-9, 2021, (Doc. 45), but this District's trial calendar suggests that trial may not be able to move forward as scheduled. Accordingly, it is hereby:

       ORDERED the parties are directed to appear for a telephonic status conference on March 12, 2021 at 3 PM. The call-in number is 888-363-4749 and the conference code is 2682448. The parties should be prepared to discuss their positions on potentially needing to be trial-ready without having a firm trial date, opting for a bench trial rather than a jury trial, and/or adjourning the trial date until the second half of 2021.

SO ORDERED.

Dated: March 9, 2021
       New York, New York

                                             Vernon S. Broderick
                                             United States District Judge