```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                          :
VIRLIUS CORNELIUS                                         :
                                                          :
                                  Plaintiff,              :
                                                          :                    19-cv-3196 (VSB)
                  -against-                                :
                                                          :                    **ORDER**
NATIONAL RAILROAD PASSENGER                               :
CORPORATION,                                              :
                                                          :
                                  Defendant.              :
                                                          :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

      IT IS FURTHER ORDERED that, as a result of the settlement agreement, the telephonic

conference scheduled for March 12, 2021, as well as the trial scheduled for April 5-9, 2021, are

adjourned sine die.

      SO ORDERED.

Dated:  March 11, 2021
        New York, New York


                                              Vernon Broderick
                                              Vernon S. Broderick
                                              United States District Judge